## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-22448-CIV-ALTONAGA/Goodman

**WINDY LUCIUS**,

    Plaintiff,

v.

**G-STAR RAW RETAIL INC.**,

    Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On July 13, 2020, the Court entered an Order [ECF No. 8] instructing Plaintiff, Windy Lucius, to file a *motion for entry of clerk's default* against Defendant, G-Star Raw Retail Inc., no later than July 17, 2020.  Plaintiff has not timely filed a motion for entry of clerk's default or requested an extension of time to do so.  In the Order, the Court cautioned Plaintiff: "failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice."  (*Id.* 1).

Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2020.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record