M. Douglas Flahaut (Ca Bar No. 245558)
(*Pro Hac Application To Be Submitted, If Necessary*)
Christopher K.S. Wong (CA Bar No. 308048)
(*Pro Hac Application To Be Submitted, If Necessary*)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

Bankruptcy Attorneys for Defendants
G-Star Inc. and G-Star Raw Retail Inc.

FILED BY _____ D.C.

JUL 22 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| Windy Lucius, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G-Star Raw Retail Inc., a Delaware corporation<br><br>Defendants. | Civil Action No 1:20- cv-22448-CMA<br><br>**NOTICE OF BANKRUPTCY FILINGS** |

**PLEASE TAKE NOTICE THAT**, on July 3, 2020 (the "Petition Date"), G-Star Inc. and G-Star Raw Retail Inc. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California (the "Court"), styled as Case Nos: 2:20-bk-16040-WB; 2:20-bk-16041-WB.

**PLEASE TAKE FURTHER NOTICE THAT** the commencement of such cases under the Bankruptcy Code serves as an automatic stay of the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors that could have been commenced before the Petition Date, or to recover a claim against the Debtors that arose before

the commencement of the bankruptcy cases.

As set forth in the Bankruptcy Code:

"A petition filed under section 301, 302, or 33 of this title . . . operates as a stay, applicable to all entities, of—

1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
4) any act to create, perfect, or enforce any lien against property of the estate;
5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
8) the commencement or continuation of a proceeding before the United States Tax Court concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title." 11 U.S.C. § 362(a).

**PLEASE TAKE FURTHER NOTICE THAT** any further action taken in violation of the automatic stay shall constitute grounds for recovery of actual damages, including attorneys' fees and costs. 11 U.S.C. § 362(k)(1).

Dated: July 22, 2020

**ARENT FOX LLP**

By: /s/ M. D. Flahaut
M. Douglas Flahaut
Christopher K.S. Wong
Attorneys for Defendants
G-Star Inc. and G-Star Raw Retail Inc.

## CERTIFICATE OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On July 22, 2020, I served document(s) described as:

## NOTICE OF BANKRUPTCY FILINGS

[ ] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

[x] BY MAIL: Service was accomplished by placing the document(s) listed below in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

**ATTORNEY FOR WINDY LUCIUS, PLAINTIFF:**

Juan Courtney Cunningham
8950 SW 74th Court
Suite 2201
Miami, FL 33156

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on July 22, 2020 at Los Angeles, California.

_____
AYLIN SOOKASSIANS
Declarant

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

1

AFDOCS/20989195.1